UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LENORA PAGE                                                                           PLAINTIFF

V.                                            CIVIL ACTION NO. 3:26-CV-3-KHJ-MTP

FOREMOST INSURANCE COMPANY                                      DEFENDANT
GRAND RAPIDS, MICHIGAN

ORDER

Before the Court is Magistrate Judge Michael T. Parker's [13] Report and

Recommendation. The [13] Report recommends dismissing this action without

prejudice because pro se Plaintiff Lenora Page ("Page") failed to prosecute the case

or comply with the Court's orders. R. & R. [13] at 3. The Court adopts the [13]

Report.

Written objections to the [13] Report were due by June 1, 2026. *See id.* at 3.

The [13] Report notified the parties that failure to file written objections by that

date would bar further appeal in accordance with 28 U.S.C. § 636. *Id.* No party

objected to the [13] Report, and the time to do so has passed.

The Court must review de novo a magistrate judge's report only when a party

objects to the report within 14 days after being served with a copy. 28 U.S.C. §

636(b)(1). When no party timely objects to the report, the Court applies "the 'clearly

erroneous, abuse of discretion and contrary to law' standard of review." *United

States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).

Finding the [13] Report neither clearly erroneous, contrary to law, nor an abuse of discretion, the Court adopts it and dismisses this case without prejudice. In doing so, the Court has considered all arguments raised. Those arguments not addressed would not have altered the Court's decision. The Court will enter a separate final judgment consistent with this Order.

SO ORDERED, this 8th day of June, 2026.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE